STATE OF CONNECTICUT *v.* CHARLES COLEMAN

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 42 Conn. App. 78 (AC 13103), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the trial court improperly admitted certain knives into evidence?

"2. If the answer to question 1. is yes, was the error harmful?"

The Supreme Court docket number is SC 15515.

*Marjorie Allen Dauster,* assistant state's attorney, in support of the petition.

*Richard Emanuel,* assistant public defender, in opposition.

Decided September 18, 1996

ADELAIDE KAGAN *v.* JON ALANDER,
COMMISSIONER OF HUMAN
RESOURCES

The plaintiff's petition for certification for appeal from the Appellate Court, 42 Conn. App. 92 (AC 14178), is denied.

*Joseph P. Secola,* in support of the petition.

*Nyle K. Davey,* assistant attorney general, in opposition.

Decided September 18, 1996